**Order entered December 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01324-CV

## IN THE INTEREST OF D.D.A., A CHILD

On Appeal from the 330th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-17-03029

## ORDER

Before the Court are appellant's November 23, 2018 motion for additional time to pay for the clerk's record and reporter's record and November 29, 2018 update on request for time. Attached to her motion is a "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond." Pursuant to Texas Rule of Appellate Procedure 20.1(a) and (c), appellant is allowed to proceed without payment of the appellate court filing fees. *See* TEX. R. APP. P. 20.1(a), (c). However, fees charged by the trial court clerk or court reporter for preparation of the appellate record are governed by Texas Rule of Civil Procedure 145. *See id*. 20.1(a). Appellant paid this Court's $205 filing fee. Accordingly, we **DIRECT** the Clerk of this Court to refund the filing fee to appellant.

Appellant shall file, within fifteen days, any Statement of Inability to Afford Payment of Court Costs with the District Clerk. *See* TEX. R. APP. P. 145. We instruct appellant to notify this Court in writing of any such filing. We caution appellant that the Court may, without further

notice, dismiss the appeal for want of prosecution unless we receive, by **January 9, 2019**, either (1) written verification that she filed a Statement of Inability to Afford Payment of Court Costs in the trial court or (2) proof of payment for the clerk's record.  *See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of this Court to send a copy of this order to Felicia Pitre, Dallas County District Clerk, Francheska Duffey, Official Court Reporter for 330th Judicial District Court, and all parties.

/s/     ADA BROWN
          JUSTICE